FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUM SHAMBURGER, | No. CV 07-3925-DDP(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| THOMAS L. CAREY (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 1-15-08

_____
DEAN D. PREGERSON
United States District Judge